```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>        Plaintiff,   )<br>                               )<br>     v.                )<br>                               )<br>RAUL ORTEGA MINJARES,   )<br>                               )<br>       Defendant.   )<br>                               ) | Docket No. 4:06CR3019-2<br><br>ORDER |

IT IS ORDERED:

1. Defendant's motion to continue, filing 38, is granted and the change of plea hearing is continued to August 21, 2006 at 1:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3. Defendant shall appear at the hearing.

DATED: August 1, 2006.

                                              BY THE COURT:

                                              s/ *David L. Piester*
                                              David L. Piester
                                              United States Magistrate Judge