IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RAUL ORTEGA MINJARES, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that Defendant Ortega Minjares' sentencing has been rescheduled before the undersigned United States district judge to Tuesday, December 19, 2006, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

November 30, 2006.          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge