IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3019-2 |
| | ) | |
| v. | ) | |
| | ) | |
| RAUL ORTEGA MIJARES, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against Raul Ortega Mijares providing that he shall take nothing and his Motion to Vacate Under 28 U.S.C. § 2255 (filing 135) is denied and dismissed with prejudice.

DATED this 22nd day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge